AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cooper, Mary L. | District of New Jersey | 07/27/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>402 East State Street<br>Trenton, New Jersey 08608 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Consultors (unpaid position; no fund-raising involved) | Villanova Universey School of Law |
| 2. Treasurer (unpaid position; bookkeeping duties re: annual used book sale) | Bryn Mawr Club of Princeton |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE
2010 AUG -4 A 10: 17
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Mary L. | 07/27/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | State of New Jersey - pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Mary L. | 07/27/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Mary L. | 07/27/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank of New Jersey - bank accounts | A | Interest | K | T | | | | | |
| 2. ▨▨▨ Trust. Trustee: National City Bank of PA [see note] | A | Dividend | L | T | | | | | |
| 3. Merrill Lynch CMA Account | A | Interest | J | T | | | | | |
| 4. College Savings (Trustee) [see note] | | None | M | T | | | | | |
| 5. American Balanced Fund | B | Dividend | L | T | | | | | |
| 6. MFS Total Return Fund, Class C (not IRA) | A | Dividend | K | T | | | | | |
| 7. BlackRock Global Allocation Fund, Class C (not IRA) | B | Dividend | L | T | | | | | |
| 8. Oppenheimer Quest Balanced Fund (IRA) [see note] | | None | | | Sold | 06/29/09 | K | | |
| 9. BlackRock Global Allocation Fund, Class A (IRA) [see note] | | None | K | T | Buy (add'l) | 06/30/09 | K | | |
| 10. MFS Total Return Fund, Class A (IRA) | | None | K | T | | | | | |
| 11. Davis Appreciation & Income Fund, Class A | A | Dividend | J | T | | | | | |
| 12. ING Balanced Fund, Class A (IRA) | | None | J | T | | | | | |
| 13. AllianceBernstein Balanced Shares Fund, Class A | A | Dividend | J | T | | | | | |
| 14. BlackRock Asset Allocation Portfolio A (not IRA) | A | Dividend | J | T | | | | | |
| 15. Eaton Vance Balanced Fund, Class A | A | Dividend | K | T | | | | | |
| 16. Putnam Asset Allocation FDS Balanced Portfolio, Class C | A | Dividend | J | T | | | | | |
| 17. HxTechnologies, Inc. [see note] | | None | | | Sold | 05/01/09 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - 2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Mary L. | 07/27/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, line 2: ▓▓▓▓ trust; trustee is National City Bank of Pa. The separate assets are not described because of the type of trust. This trust (1) was not created directly by the reporting person, ▓▓▓▓▓▓▓▓▓▓▓ and (2) the reporting person, ▓▓▓▓▓▓▓▓▓▓ have no knowledge of the holding or sources of income.

Part VII, line 4: College savings are held in a separate Section 529 Merrill Lynch account, transferred to the reporting person as trustee upon the death of a ▓▓▓▓ grantor in 2001. The funds are invested at the discretion of the portfolio manager, and may accrue value but do not bear interest.

Part VII, lines 8 and 9: The asset listed on line 8 was sold in its entirety. The proceeds were reinvested in the asset listed on line 9. This was a transaction within an IRA account. No capital gain or loss resulted.

Part VII, line 17: This was a small investment in a private corporation, purchased by the reporting person on 04/12/2007. It was sold on 05/01/2009, resulting in long term capital gain in the "C" value range. The Filing Instructions for Financial Disclosure Reports in years 2007 through 2009 indicate that it was not necessary to list this asset before it sold in 2009, because the original investment was below the reporting threshold of $1,000 [Section 102(a)(5)] and there was no market for the asset until the private company was sold in in 2009. Therefore, this asset has been entirely reported and will not appear in future Reports. It was listed in the 2008 Report, although upon further examination of the Filing Instructions, it was below the reporting level in that year. Likewise, no amended 2007 Report must be filed to show the purchase, for the same reason.

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Mary L. | 07/27/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544